IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN S. TINKER, | No. 2:06-cv-0726-MCE-KJM-P |
| Petitioner, | |
| v. | <u>ORDER</u> |
| TOM L. CAREY, | |
| Respondent. / | |

    Petitioner, a state prisoner proceeding pro se, has filed a notice of appeal of this court's December 20, 2006 order denying his request for a stay of proceedings to allow him to exhaust state remedies. In his request for a certificate of appealabilty, petitioner claims that he is appealing the denial of his petition.

    Generally, before a habeas petitioner can appeal a denial of his petition, a certificate of appealability must issue. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b). In this case, however, petitioner is appealing the denial of a stay of the proceedings, which is not an appealable order. 28 U.S.C. § 1292.

/////

/////

1

1     Accordingly, a certificate of appealability is not appropriate.

2     IT IS SO ORDERED.

3 DATED: January 16, 2007

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE