IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN S. TINKER,

    Petitioner          No. CIV S-06-0726 MCE KJM P

   vs.

TOM L. CAREY, Warden,

    Respondent.          ORDER

_____/

        Petitioner, a state prisoner proceeding pro se and in forma pauperis, has filed an amended habeas petition. Once an answer has been filed, a party may amend a pleading only by leave of court or by written consent of the adverse party. See Fed. R. Civ. P. 15(a). An answer was filed on August 25, 2006. Petitioner has filed neither a motion to amend nor a stipulation to amend the petition signed by all parties. Petitioner's amended petition will therefore be stricken, and this action will proceed on the petition filed April 4, 2006.

        Accordingly, IT IS HEREBY ORDERED that plaintiff's amended petition (docket no. 24) is stricken.

DATED: April 11, 2008.

                                                  U.S. MAGISTRATE JUDGE

2/tink0726.10c

1