IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN S. TINKER,

    Petitioner,          No. CIV S-06-0726 MCE KJM P

   vs.

TOM L. CAREY, Warden,

    Respondent.         ORDER

                                 /

        Petitioner has requested an extension of time to file and serve a response to the court's order of April 14, 2008. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Petitioner's motion for an extension of time (Docket No. 27) is granted; and

        2. Petitioner is granted thirty days from the date of this order in which to file and serve a response to the court's April 14, 2008 order

DATED: May 2, 2008.

_____
U.S. MAGISTRATE JUDGE

/mp
tink0726.111