IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN S. TINKER,

    Petitioner,               No. CIV S-06-0726 MCE KJM P

   vs.

TOM CAREY, Warden,

    Respondent.          ORDER

_____/

        Petitioner has submitted a motion for leave to file an amended petition (docket no. 30). Respondent is directed to file his opposition or statement of non opposition within thirty days of the date of this order.

        IT IS SO ORDERED.

DATED: June 16, 2008.

_____
U.S. MAGISTRATE JUDGE

2
tink0726.amd

1