IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN S. TINKER,      No. 2:06-cv-00726-MCE-KJM P

    Petitioner,

  vs.      <u>ORDER</u>

TOM CAREY, Warden,

    Respondent.

_____/

    Petitioner, a state prisoner proceeding pro se, has filed a notice of appeal of this court's January 22, 2009 denial of his motion for reconsideration of the magistrate judge's order denying petitioner's motion to file an amended petition. Petitioner has requested a certificate of appealability.

    The court must either issue a certificate of appealability indicating which issues satisfy the required showing or must state the reasons why such a certificate should not issue. Fed. R. App. P. 22(b). The court declines to issue a certificate of appealability in this instance because the order petitioner challenges is not appealable. <u>Soliday v. Miami County, Ohio</u>, 55 F.3d 1158, 1165 (6th Cir. 1995).

/////

1 Accordingly, a certificate of appealability should not issue in this action.

2 IT IS SO ORDERED.

3 Dated: February 20, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE